FILED

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0424

SHAWN FOWLER,

Plaintiff and Appellee,

v.

DEPARTMENT OF JUSTICE,
MONTANA HIGHWAY PATROL,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Diedra Taber is granted an extension of time to and including January 31, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon counsel of record, the District Court, and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 29 2022